UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. WATKINS,<br><br>             Plaintiff,<br><br>      v.<br><br>T. KENWORTHY, et al.,<br><br>             Defendant. | 1:14-cv-00672-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY $200.00 BALANCE OF FILING FEE<br>WITHIN 45 DAYS |

   Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has paid $200.00 of the $400.00 filing fee. (Doc. 5.) Plaintiff must either pay the remaining $200.00 balance of the filing fee, or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

   Accordingly, IT IS HEREBY ORDERED that:

   Within forty-five (45) days of the date of service of this order, plaintiff shall either submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the remaining $200.00 balance of the filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **May 7, 2014**            /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE