1

2

3

4

5

6

7

8
                    UNITED STATES DISTRICT COURT

9
                  EASTERN DISTRICT OF CALIFORNIA

10

11  ERIC M. WATKINS,                          1:14-cv-00672-LJO-GSA-PC

12          Plaintiff,                        ORDER VACATING FINDINGS AND
                                              RECOMMENDATIONS OF JULY 21, 2014
13      vs.                                   (Doc. 13.)

14  T. KENWORTHY, et al.,                     ORDER GRANTING APPLICATION TO
                                              PROCEED IN FORMA PAUPERIS
15          Defendants.                       (Doc. 14.)
                                                             AND
16
                                              **ORDER DIRECTING PAYMENT OF
17                                            $120.50 BALANCE OWED FOR INMATE
                                              FILING FEE BY CALIFORNIA
18                                            DEPARTMENT OF CORRECTIONS AND
                                              REHABILITATION**
19

20

21          Eric M. Watkins ("plaintiff") is a state prisoner proceeding pro se in this civil rights

22  action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on March 26, 2014, at the U.S.

23  District Court for the Eastern District of California, Sacramento Division.  (Doc. 1.)  On April

24  25, 2014, plaintiff submitted $200.00 as partial payment of the $400.00 filing fee for this

25  action.  (Doc. 5.)  On May 2, 2014, the case was transferred to the Fresno Division of the

26  Eastern District of California.  (Doc. 6.)

27          On May 8, 2014, the court issued an order requiring plaintiff to either pay the $200.00

28  balance of the filing fee owed for this action, or complete and return an application to proceed

in forma pauperis, within thirty days.  (Doc. 9.)  The thirty-day deadline passed, and plaintiff did not make any payment, return the application, or otherwise respond to the court's order.  (Court Record.)

On July 21, 2014, the undersigned issued findings and recommendations to dismiss this action for plaintiff's failure to obey the court's order of May 8, 2014.  (Doc. 13.)  Plaintiff was granted leave to file objections to the findings and recommendations within thirty days.  Id.

On August 13, 2014, plaintiff made a payment of $79.50 and also submitted an application to proceed in forma pauperis.  (Doc. 14; Court Record.)  In light of plaintiff's payment and his submission of the application to proceed in forma pauperis, the court shall vacate the findings and recommendations of July 21, 2014.

The court has examined plaintiff's application to proceed in forma pauperis.  Plaintiff has made the showing required by § 1915(a) and accordingly, the application will be granted.  Plaintiff is obligated to pay the balance of the statutory filing fee of $120.50 owed for this action.  28 U.S.C. 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.   Plaintiff's application to proceed in forma pauperis is GRANTED;

2.   **The Director of the California Department of Corrections and Rehabilitation shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $120.50 has been collected and forwarded to the Clerk of the Court.  The**

1    ///

2    **payments shall be clearly identified by the name and number assigned to**

3    **this action.**

4    3.    The Clerk of the Court is directed to serve a copy of this order and a copy of

5    plaintiff's in forma pauperis application on the Director of the California

6    Department of Corrections and Rehabilitation, via the court's electronic case

7    filing system; and

8    4.    The Clerk of the Court is directed to serve a copy of this order on the Financial

9    Department, U.S.  District Court, Eastern District of California, Fresno Division.

10

11   IT IS SO ORDERED.

12   Dated:   **August 20, 2014**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28